ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Oct-25 22:01:58
60CV-17-6049
C06D06 : 5 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## _____ DIVISION

DONALD STEPHENS                                                         **PLAINTIFF**

VS.                              **CASE NO.  60CV-_____**

**STERLING INFOSYSTEMS, INC.;**
**STERLING INFOSYSTEMS - OHIO, INC.**                              **DEFENDANT**

### COMPLAINT

Comes now the Plaintiff, Donald Stephens, by and through his attorney, Maximillan

R. X. Sprinkle, and for his causes of action against Defendants, Sterling Infosystems, Inc.

and Sterling Infosystems - Ohio, Inc., states the following:

### JURISDICTION and VENUE

1.      Plaintiff brings this action under the laws of the United States of America, in

particular; 15 U.S. Code § 1681 et seq.  Likewise, Plaintiff brings this action under the the

common law of the State of Arkansas, and against any and all of the herein named

Defendants.

2.      Jurisdiction and venue are proper with this Court.

### PARTIES

3.      The Plaintiff, Donald Stephens, (at times hereinafter referred to as "Mr.

Stephens" or "Stephens") is a resident of the State of Arkansas, residing in Pulaski

County, Arkansas.

4.      Defendant, Sterling Infosystems, Inc., (at times hereinafter referred to as

"Sterling") is a foreign corporation registered under the laws of the State of Delaware.

The causes of action made part of this suit arise from this Defendant's actions directed to

Little Rock, Pulaski County, Arkansas.

5.      Defendant, Sterling Infosystems - Ohio, Inc., (at times hereinafter referred to as "Sterling") is a domestic corporation, organized under the laws of the State of Arkansas. The causes of action made part of this suit arise from this Defendant's actions taken in Little Rock, Pulaski County, Arkansas

6.      Whenever the term "Defendants" is utilized within this suit without a modifier, such term collectively refers to and includes all named Defendants in this lawsuit.

7.      Whenever the term "Sterling Defendants" is used in this lawsuit, such term refers collectively to Sterling Infosystems, Inc. and Sterling Infosystems - Ohio, Inc., any entity that was involved in any of the transactions or events mentioned in this lawsuit and acted as an agent of Sterling Infosystems, Inc. and Sterling Infosystems - Ohio, Inc., and any current or former employee, officer, or director of Sterling Infosystems, Inc. and Sterling Infosystems - Ohio, Inc., who was involved in any of the transactions or events mentioned in this lawsuit.

8.      At all times relevant hereto, Defendants acted deliberately, maliciously and in deliberate disregard of Plaintiff's rights under the laws of the United States and the State of Arkansas.

## NATURE OF CAUSES OF ACTION

9.      This Complaint states causes of action to recover compensatory and punitive damages against Defendants resulting from their violation of the Fair Credit Reporting Act and the laws of the State of Arkansas

## FACTUAL ALLEGATIONS

10.      Plaintiff incorporates all of the allegations contained in Paragraphs 1 - 9.

2

11.     During the months of September through October of the year 2015, Defendants produced and published to a prospective employer of Mr. Stephens false information about Mr. Stephens' criminal history and drug test.

12.     Defendants' report contained statements that asserting that the information is, "published in accordance with federal and AR state laws."

13.     The report provided wholly inaccurate information to Stephens' prospective employer.

14.     That inaccurate information caused the employer to refuse to extend a job offer to Mr. Stephens.

15.     The Plaintiff disputed the report.

16.     After the dispute, Defendants updated some information but still provided wholly inaccurate information to his prospective employer.

17.     Defendants failures were in violation of 15 U.S. Code § 1681 et seq.

18.     As a direct and proximate result of Defendants' actions, the Plaintiff suffered injuries including, but not limited to, the following:

   a.   Lost employment opportunity;

   b.   Lost wages;

   c.   Undue stress;

   d.   Undue embarrassment; and

   e.   Other economic damages.

19.     Defendants are vicariously liable for the acts and omissions of all persons or entities under its control, either directly or indirectly, including employees, agents,

consultants and independent contractors, whether in-house or outside entities, individuals or agencies causing or contributing to the injuries of the Plaintiff.

20.     The Plaintiff prays for all compensatory and punitive damages against Defendants, including any such damages reasonably certain to be incurred in the future, in an amount to be determined by the jury, and all of the relief to which Plaintiff is entitled to by law, all in an amount in excess of that necessary for federal diversity jurisdiction.

21.     Plaintiff is entitled to his costs of litigation, as well as attorneys' fees.

## JURY TRIAL DEMANDED

22.     The Plaintiff hereby demands a jury trial on all factual issues.

WHEREFORE, Plaintiff requests a jury trial and seeks judgment in his favor as follows:

a) For compensatory, consequential, and incidental damages complained herein, in an amount in excess of the minimum amount for federal court diversity jurisdiction and in an amount adequate to compensate Plaintiffs for the injuries and damages sustained;

b) For all general and special damages caused by the alleged conduct of Defendant;

c) An award of punitive damages to be proven at trial;

d) An apology;

e) For costs of litigating this case, including attorney's fees and costs; Plaintiff is entitled to costs of litigation, as well as attorneys' fees.

f) All other equitable, legal, and just relief to which Plaintiff is entitled.

Respectfully submitted,

DONALD STEPHENS


By:      /s/ Maximillan Sprinkle
           Maximillan R. X. Sprinkle
           (AR BAR 2013-030)
           Sprinkle Firm
           300 South Spring Street, Suite 604
           Little Rock, AR 72201
           frontdesk@sprinklefirm.com
           (501) 235-8222 Office
           (501) 235-8210 Facsimile

*Attorney for Plaintiff*