**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DONALD STEPHENS                                                                                    PLAINTIFF

vs.                                           NO. 4:18-cv-00198-BRW

STERLING INFOSYSTEMS, INC.;
STERLING INFOSYSTEMS - OHIO, INC.                                             DEFENDANTS

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in consideration of an agreement between the Plaintiff and Defendants resolving this matter, all parties to this action, the Plaintiff and Defendants, hereby stipulate that all claims pursued in this action be dismissed in their entirety with prejudice.  Further, each party will bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| **Sterling infosystems, Inc. and Sterling Infosystems – Ohio, Inc.** | **Donald Stephens** |
| By: s/ Elizabeth Robben Murray<br>Elizabeth Robben Murray, ABN 79244 | By: /s/ Maximillan Sprinkle<br>Maximillan Sprinkle, ABN 2013030 |
| FRIDAY, ELDREDGE & CLARK, LLP<br>400 West Capitol Avenue, Suite 2000<br>Little Rock, AR 72201<br>Telephone: (501) 370-1534<br>Facsimile: (501) 376-3476 E-mail:<br>Murray@fridayfirm.com | 300 South Spring Street<br>Suite 604<br>Little Rock, AR 72201<br>frontdesk@sprinklefirm.com<br>Office (501) 235-8222<br>Fax (501) 235-8210 |
| Pamela Q. Devata (*Pro hac vice*)<br>Robert T. Szyba (*Pro hac vice*) | *Attorney for Plaintiff* |

1

## **CERTIFICATE OF SERVICE**

I, Maximillan Sprinkle, hereby do certify that on this 22nd day of August, 2018, I electronically filed the forgoing with the Clerk of the Court for the United States District Court, Eastern District of Arkansas, by using the CM/ECF system.  The following participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

Allison Christine Pearson
Elizabeth Robben Murray

FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
Telephone: (501) 370-1534
Facsimile: (501) 376-3476
E-mail: Murray@fridayfirm.com

Pamela Q. Devata
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
312-460-5000
Email: pdevata@seyfarth.com

Robert T. Szyba
Seyfarth Shaw LLP
620 Eighth Avenue
32nd Floor
New York, NY 10018
212-218-5500
Email: rszyba@seyfarth.com


    /s/ Maximillan Sprinkle
   MAXIMILLAN R. X. SRINKLE